FEBRUARY 15, 2006

No. 05–924. MALLINCKRODT, INC., ET AL. *v.* MASIMO CORP. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 05A747. SMITH *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

FEBRUARY 16, 2006

No. 05–603. BOYD *v.* WISDOM ET AL.; and

No. 05–780. WISDOM ET AL. *v.* LEE, BURNS, COSSELL & KUEHN, LLP, ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 17, 2006

No. 04–473. GARCETTI ET AL. *v.* CEBALLOS. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1186.] Case restored to the calendar for reargument.

No. 04–1034. RAPANOS ET AL. *v.* UNITED STATES; and

No. 04–1384. CARABELL ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 932.] Motion of Jerome B. Carr, Ph.D., for leave to file a brief as *amicus curiae* out of time denied. Motion of Donald Harkins for leave to file a brief as *amicus curiae* granted.

No. 04–1327. HOLMES *v.* SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, 545 U. S. 1164.] Motion of Kansas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.